**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| | : | **DATE FILED: August 6, 2026** |
| **v.** | | |
| | : | **VIOLATIONS:**<br>**18 U.S.C. § 1951(a) (robbery** |
| **EFREN FERNANDEZ-MULERO**<br>**ANTHONY AVILA-RIVERA** | : | **which interferes with interstate**<br>**commerce – 2 counts)** |
| | : | **18 U.S.C. § 924(c)(1)(A) (using,**<br>**carrying, brandishing, and** |
| | : | **discharging a firearm during and**<br>**in relation to a crime of violence –** |
| | : | **2 counts)**<br>**18 U.S.C. § 2 (aiding and abetting)** |
| | : | **Notice of forfeiture** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. The Smokehub Vape Shop, located at 449 N. 10th Street, Allentown, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2. On or about April 20, 2026, in Allentown, in the Eastern District of Pennsylvania, defendants

**EFREN FERNANDEZ-MULERO and**
**ANTHONY AVILA-RIVERA**

obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendants FERNANDEZ-MULERO and AVILA-RIVERA unlawfully took and obtained, and aided and abetted the taking and obtaining of, approximately $900.00 in United States currency, belonging to the Smokehub Vape Shop, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by brandishing firearms at the employee and stealing United States currency.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 20, 2026, in Allentown, in the Eastern District of Pennsylvania, defendants

**EFREN FERNANDEZ-MULERO and**
**ANTHONY AVILA-RIVERA**

knowingly used and carried, and aided and abetted the use and carrying of, firearms, that is, semi-automatic pistols, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, robbery which interferes with interstate commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count One of this indictment, and those firearms were brandished and discharged.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii), (iii) and 2.

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. The Lehigh Smoke Shop, located at 133 S. 17th Street, Allentown, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2. On or about April 20, 2026, in Allentown, in the Eastern District of Pennsylvania, defendants

**EFREN FERNANDEZ-MULERO and**
**ANTHONY AVILA-RIVERA**

obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery, and attempted to do so, in that defendants FERNANDEZ-MULERO and AVILA-RIVERA unlawfully took and obtained, and aided and abetted the unlawful taking and obtaining of, $1,500 United States currency and a trash can valued at $20.00 belonging to the Lehigh Smoke Shop, and a cell phone valued at $1,800, belonging to an employee of the business, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by brandishing firearms at the employee and stealing United States currency.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 20, 2026, in Allentown, in the Eastern District of Pennsylvania, defendants

**EFREN FERNANDEZ-MULERO and**
**ANTHONY AVILA-RIVERA**

knowingly used and carried, and aided and abetted the use and carrying of, firearms, that is, semi-automatic pistols, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, robbery which interferes with interstate commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Three of this indictment, and those firearms were brandished and one of the firearms was discharged.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii), (iii) and 2.

**NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Section 1951 set forth in this indictment, the defendants

**EFREN FERNANDEZ-MULERO and**
**ANTHONY AVILA-RIVERA**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations, including, but not limited to, the sum of $4,220.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

[redacted]

**GRAND JURY FOREPERSON**

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No. 26-*

---

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania
Criminal Division

---

THE UNITED STATES OF AMERICA

vs.

EFREN FERNANDEZ-MULERO
ANTHONY AVILA-RIVERA

---

INDICTMENT
Counts

18 U.S.C. § 1951(a) (robbery which interferes with interstate commerce - 2 counts) 18 U.S.C. § 924(c)(1)(A) (using, carrying, and discharging a firearm during and in relation to a crime of violence – 2 counts)
18 U.S.C. § 2 (aiding and abetting)

Notice of forfeiture

---

[redacted]

---

Filed in open court this 6th day,
Of August [redacted] 26

---

Bail, $ ____________

---